IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| In the Matter of the Search of: | MJ 22-39-M-KLD |
| Verizon Wireless service provider for cell phone number (406) 250-8949 utilized by Grant West | ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 3rd day of August, 2022

_____
Kathleen L. DeSoto
United States Magistrate Judge